# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 6:14CR13-3 |
| | § | |
| MICHAEL WAYNE CHRISTOPHER (3) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to a United States Magistrate Judge for proper consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge. Defendant having waived allocution before this Court as well as his right to object to the report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED** as the opinion of the Court.

It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**.

It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of nine (9) months, with 36 months of supervised release to follow. The Court finds the special conditions originally imposed by the Court are still relevant and are hereby reimposed.

The court recommends that Defendant be housed in the Bureau of Prisons FCI LaTuna, if appropriate.

**IT IS SO ORDERED**.

**SIGNED** this 29th day of June, 2018.

_____
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE