IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § | |
| § | **CASE NUMBER 6:14-CR-00013-JDK** |
| **v.** § § § § | |
| **MICHAEL WAYNE CHRISTOPHER (3),** § § | |

### REPORT AND RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

On April 13, 2021, the Court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Michael Wayne Christopher. The government was represented by Lucas Machicek, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Matt Millslagle, Federal Public Defender.

Defendant originally pled guilty to the offense of Conspiracy to Possess with Intent to Distribute and Distribution of Methamphetamine, a Class B felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 25 and a criminal history category of III, was 70 to 87 months. On October 28, 2014, District Judge Michael H. Schneider sentenced Defendant to 78 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug aftercare, and a $100 special assessment. On March 30, 2018, Defendant completed the term of imprisonment and began his term of supervised release. On June 29, 2018, Defendant's term of supervision was revoked and he was sentenced to 9 months imprisonment with 3 years supervised

1

release to follow. On March 22, 2019, Defendant completed his term of imprisonment and began service of the supervision term.

Under the terms of supervised release, Defendant was prohibited, in relevant part, from use of controlled substances. In its petition, the government alleges Defendant violated the conditions of his supervised release when he tested positive for methamphetamine on September 6, 2019, October 7, 2019; October 9, 2019; October 17, 2019; and November 13, 2020. Under Fifth Circuit case law, the Court can find that illicit drug use constitutes possession.

If the Court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by possessing methamphetamine, Defendant will have committed a Grade B violation and have violated Texas Health & Safety Code § 481.102. U.S.S.G. § 7B1.1(a)(2). Upon a finding of a Grade B violation, the Court shall revoke the term of supervision. U.S.S.G. § 7B1.3(a)(1). Considering Defendant's criminal history category of III, the Guideline imprisonment range for a Grade B violation is 8 to 14 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision by committing the acts as alleged in Allegation 1 of the government's petition. In exchange, the government agreed to recommend to the Court a sentence of twelve months and one day imprisonment with no supervised release to follow.

The Court therefore **RECOMMENDS** that Defendant Michael Christopher plea of true be accepted and he be sentenced to twelve months and one day imprisonment with no supervised release to follow. The Court further **RECOMMENDS** that Defendant serve his sentence at FCI Texarkana, if available. The Court further **RECOMMENDS** that Defendant receive substance

abuse treatment and counseling, if available. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 14th day of April, 2021.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE